THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DONNA FORD (California Bar No. 131924)
Assistant United States Attorney
Tax Division
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-2875
  Facsimile:  (213) 894-0115
  Email: donna.ford@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Petitioner,<br><br>   v.<br><br>NORTH AMERICAN REALTY INVESTMENT & DEVELOPMENT, EDMUND THORNTON, Custodian of Records,<br><br>       Respondent. | No. CV 07- 08358 SVW (SSx)<br><br>ORDER TO SHOW CAUSE |

Upon the Petition and supporting Memorandum of Points and Authorities and Declaration to the Petition, the Court finds that Petitioner has established its <u>prima facie</u> case for judicial enforcement of the subject Internal Revenue Service summons. <u>United States v. Powell</u>, 379 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed. 2d 112 (1964); <u>Crystal v. United States</u>, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); <u>United States v. Jose</u>, 131 F.3d 1325, 1327 (9th Cir. 1997); <u>see also</u> <u>Fortney v. United States</u>, 59 F.3d 117, 119-120 (9th Cir. 1995)(the Government's <u>prima facie</u> case is

1 typically made through the sworn declarations of the IRS agent
2 who issued the summons); accord, United States v. Gilleran, 992
3 F.2d 232, 233 (9th Cir. 1993).
4     Therefore, **IT IS ORDERED** that Respondent appear before this
5 District Court of the United States for the Central District of
6 California, in Courtroom No. 6, United States Court House,
7 312 North Spring Street, Los Angeles, California, 90012
8 on  May 19, 2008                , at 1:30 p.m. and show cause why
9 testimony and production of books, records, papers and other data
10 demanded in the subject Internal Revenue Service summons
11 should not be compelled.
12     IT IS FURTHER ORDERED that copies of this Order, the
13 Petition, Memorandum of Points and Authorities, and accompanying
14 Declaration be served promptly upon Respondent by any employee of
15 the Internal Revenue Service according to Rule 4 of the Federal
16 Rules of Civil Procedure.
17     IT IS FURTHER ORDERED that within ten (10) days after
18 service upon the Respondent of the herein described documents,
19 Respondent shall file and serve a written response, supported by
20 appropriate sworn statements, as well as any desired motions.
21 If, prior to the return date of this Order, Respondent files a
22 response with the Court stating that Respondent does not desire
23 to oppose the relief sought in the Petition, nor wish to make an
24 appearance, then the appearance of Respondent at any hearing
25 pursuant to this Order to Show Cause is excused, and Respondent
26 shall be deemed to have complied with the requirements of this
27 Order.
28

1   IT IS FURTHER ORDERED that all motions and issues raised by
2 the pleadings will be considered on the return date of this
3 Order.  Only those issues raised by motion or brought into
4 controversy by the responsive pleadings and supported by sworn
5 statements filed within ten (10) days after service of the herein
6 described documents will be considered by the Court.  All
7 allegations in the Petition not contested by such responsive
8 pleadings or by sworn statements will be deemed admitted.
9 DATED:  This 13th day of March 13, 2008.

10

11                                      _____
12                                      STEPHEN V. WILSON
                                        UNITED STATES DISTRICT JUDGE
13

14 Presented By:

15 THOMAS P. O'BRIEN
   United States Attorney
16 SANDRA R. BROWN
   Assistant United States Attorney
17 Chief, Tax Division

18 _____
   DONNA FORD
19 Assistant United States Attorney
   Tax Division
20
   Attorneys for Petitioner
21 United States of America

22

23

24

25

26

27

28